HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALLSTATE INSURANCE CO., | |
| Plaintiff, | Case No.  C05-5367 RBL |
| v. | ORDER |
| ROGER BRIGHT & CYNTHIA BRIGHT, DON STUART CHRISTENSEN, JOLANDA CHRISTENSEN, TYLA MARIE NETTLES, ESTATE OF MICHAEL AND TYLA MARIE NETTLES, | |
| Defendants. | |

THIS MATTER comes on before the above-entitled Court upon Defendant Bright's Motion to Join a Third-Party Defendant [Dkt. #15].

Having considered the entirety of the records and file herein, the Court rules as follows:

Defendant Roger Bright has moved to file a third-party complaint against Ohio Casualty Company. Bright seeks a declaration that Ohio Casualty Company defend and indemnify him in an underlying action in the Mason County Superior Court.  Ohio Casualty Company raises serious issues as to the merits of Bright's complaint; however, this Court being mindful of the liberal rules surrounding third-party practice, *see, e.g., Crude Crew v. McGinnis & Associates, Inc.,* 572 F. Supp. 103, 109 (D.C. Wis. 1983), will **GRANT** defendant Bright's motion and direct the defendant to electronically file his proposed third-party complaint.

ORDER
Page - 1

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 29th day of November, 2005.

*[signature: Ronald B. Leighton]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE